AO 245 B (Rev.09/08) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | CASE NUMBER: **3:11-CR-163-01** |
| **THOMAS DUNBAR** | ) | USM NUMBER: **70035-067** |
| | ) | |
| | ) | **INGRID S. CRONIN, AFPD** |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

■ pleaded guilty to count __XII of the Indictment__.
☐ pleaded nolo contendere to count(s)_____
   which (was)(were) accepted by the court.
☐ was found guilty on counts _____after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title/Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC §922 (a)(6) | **Making False Statements in Connection With the Acquisition of a Firearm** | 10/17/08 | -12- |

   The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant has been found not guilty on count(s)_____.
■ Counts I-IV  and VII_____are dismissed on the motion of the United States.

   IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence or, mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

**JANUARY 19, 2012**
Date of Imposition of Sentence

Signature of Judge

**JAMES M. MUNLEY**    **U.S. DISTRICT COURT JUDGE**
**Name of Judge**        **Title of Judge**

1/19/12
Date

AO 245 B (Rev.09/08) Judgment in a Criminal Case, Sheet 2 - Imprisonment

Defendant:  **THOMAS DUNBAR**
Case Number: **3:11-CR-163-01**

Judgment-Page ___2___ of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWENTY ONE (21) MONTHS.**

You can appeal your conviction if you believe that your guilty plea was somehow unlawful or involuntary, or if there is some other fundamental defect in the proceedings that was not waived by your guilty plea. You also have a statutory right to appeal your sentence under certain circumstances, particularly if you think the sentence is contrary to law. However, a defendant may waive those rights as part of a plea agreement, and you have entered into a plea agreement which waives some or all of your rights to appeal the sentence itself. Such waivers are generally enforceable, but if you believe the waiver is unenforceable, you can present that theory to the appellate court. With few exceptions, any notice of appeal must be filed within 14 days after sentence is imposed on you. If you are unable to pay the cost of an appeal, you may apply for leave to appeal in forma pauperis. If you so request, the Clerk of the Court will prepare and file a notice of appeal on your behalf.

■The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the Bureau of Prisons designate a facility proximal to Northeastern Pennsylvania as the place for service of this sentence.
The Court recommends that the Bureau of Prison designate a facility that will provide the vocational education, carpentry skills, that the defendant seeks.

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

    ☐ at_____a.m./p.m. on_____.
    ☐ as notified by the U.S. Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
☐ before 2 p.m. on_____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.
    ☐ The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on_____to_____at

_____, with a certified copy of this judgment.

_____
**UNITED STATES MARSHAL**

By  _____
          **Deputy United States Marshal**

AO 245 B (Rev. 09/08) Judgment in a Criminal Case, Sheet 3 - Supervised Release

Defendant:  **THOMAS DUNBAR**
Case Number: **3:11-CR-163-01**

Judgment-Page   3   of 6

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS.

Within seventy-two (72) hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which he is released .

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not posses a dangerous weapon.  The defendant shall comply with the standard conditions adopted by this Court and the following additional conditions:

■ The defendant shall cooperate in the collection of a DNA sample as directed by the probation officer, unless a sample was collected during imprisonment.

■ The defendant shall submit to one drug test within 15 days of commencing supervision and at least two periodic drug tests thereafter for use of a controlled substance.

■ The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment schedule for payment of restitution, fines or special assessment.

■ The defendant shall provide the probation officer with access to any requested financial information.

■ The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and /or other anticipated or unexpected financial gains to the outstanding court- ordered financial obligations.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached pages.

AO 245 B (Rev. 09/08) Judgment in a Criminal Case, Sheet 3 B- Supervised Release

Defendant: **THOMAS DUNBAR**
Case Number: **3:11-CR-163-01**

Judgment-Page __4__ of 6

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to such controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time a home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and.

14) the defendant shall notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

AO 245 B (Rev. 09/08) Judgment in a Criminal Case, Sheet 5 - Criminal Monetary Penalties

Defendant:  **THOMAS DUNBAR**
Case Number: **3:11-CR-163-01**

Judgment-Page  _5_  of 6

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $ 100. 00 | $ | $ |

  **The defendant shall pay to the Clerk, U.S. District Court, a special assessment of $100, due immediately.  The Court finds that the defendant does not have the ability to pay a fine.**

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. 3664(i), all non federal victims must be paid before the United States is paid.

| **NAME OF PAYEE** | **TOTAL LOSS** | **RESTITUTION ORDER** | **PRIORITY OF PERCENTAGE** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| **TOTALS** | _____ | _____ | |

☐ Restitution amount ordered pursuant to plea agreement  $_____.

☐ The defendant must pay interest on  restitution and fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:
  ☐ the interest requirement is waived for the   ☐ fine ☐ restitution.
  ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245 B (Rev.09/08) Judgment in a Criminal Case, Sheet 6, Part B-Financial Penalties

Defendant: **THOMAS DUNBAR**
Case Number: **3:11-CR-163-01**

Judgment-Page __6_ of _6__

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are be due as follows:

A ■ Lump sum payment of **100,00** due immediately, special assessment
    □ not later than_____or
    □ in accordance with □ C, □ D, □ E, □ F below; or
B □ Payment to begin immediately (may be combined with □ C,□ D, or □ F below): or

C □ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of
    _____(e.g., months or years), to commence _____(e.g., 30 or 60 days) after the date of this judgment; or
D □ Payment in equal _____(e.g., weekly, monthly, quarterly) installments of $_____ over a period of
_____(e.g., months or years), to commence_____(e.g., 30 or 60 days) after release from imprisonment to a term of
Supervision; or
E □ Payment during the term of supervised release will commence within _____(e.g., 30 or 60 days) after release from
imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or
F ■ Special instructions regarding the payment of criminal monetary penalties:

**The defendant shall pay to the Clerk, U.S. District Court,a special assessment of $100, due immediately.  The Court finds that the
defendant does not have the ability to pay a fine.**

  Unless the court has expressly ordered  otherwise, if this judgment imposes imprisonment payment of criminal monetary penalties is due
during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

□ Joint and Several
    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
and corresponding payee, if appropriate.

□ The defendant shall pay the cost of prosecution.

□ The defendant shall pay the following court cost(s):

□ The defendant shall forfeit to the United States his interest in _____

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5)community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.